AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 02-CV-654

BRUCE JENSEN AND GRETCHEN JENSEN

v.

AUTOMOBILE INSURANCE COMPANY
 OF HARTFORD, CONNECTICUT

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that plaintiffs' motion for summary judgment is denied and defendant's cross-motion for summary judgment is granted and this case is closed.


Date: August 9th, 2005                                                                    RODNEY C. EARLY,
                                                                                                              CLERK

                                                                                         By:      s/Deborah M. Zeeb

Deputy Clerk